# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.

### ATTORNEY AND COUNSELOR AT LAW

**1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM**

---

September 1st, 2017

<u>VIA ECF</u>
Honorable Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:    **Grichetchkina v GC Services Limited Partnership**
           **Case #:** 17-cv-02718

Dear Judge Pollak:

I represent the Plaintiff in the above referenced matter and I am informing the Court that the case has settled.

Plaintiff respectfully requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the Plaintiff can be assured that the funds clear my escrow account.

In light of the settlement, the parties respectfully request the cancellation of the telephone conference scheduled for September 6th, 2017 at 3:30pm.

Thank you for Your Honor's time and attention to this matter.

Very truly yours,

/s/ Igor Litvak

Igor Litvak, Esq.